HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
CHRISTOPHER JULIAN JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CHRISTOPHER JULIAN JOHNSON, <br> Defendant. | Case No. Cr. S. 2:12-CR-00149-KJM-1 <br><br> ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISION <br><br> Chief Judge Hon. Kimberly J. Mueller |

As provided by 18 U.S.C § 3583(e)(1), good cause appearing, the court hereby TERMINATES the term of supervised release imposed in this case and discharges Mr. Johnson for the reasons set forth in his Unopposed Motion. In reaching this decision the court has carefully reviewed Mr. Johnson's motion, given great weight to the supporting documents, and also consulted with supervising Probation Officer Mizutani. The record fully supports granting the motion.

Dated: August 29, 2023.

_/s/ Kimberly J. Mueller_
CHIEF UNITED STATES DISTRICT JUDGE